UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSAN LYNNE JARVIS-ORR,

       Plaintiff,

v.

TOWNSHIP OF HARTFORD, et al ,

       Defendants.

_____/

CASE NO. 1:11cv1066

HON. ROBERT J. JONKER

**ORDER APPROVING AND ADOPTING**
**REPORT AND RECOMMENDATION**

The Court has reviewed Magistrate Judge Brenneman's Report and Recommendation (docket # 167) and Plaintiff Jarvis-Orr's Objections to Report and Recommendation (docket # 168). Under the Federal Rules of Civil Procedure, where, as here, a party has objected to portions of a Report and Recommendation, "[t]he district judge . . . has a duty to reject the magistrate judge's recommendation unless, on *de novo* reconsideration, he or she finds it justified." 12 WRIGHT, MILLER, & MARCUS, FEDERAL PRACTICE AND PROCEDURE § 3070.2, at 381 (2d ed. 1997). Specifically, the Rules provide that:

> The district judge to whom the case is assigned shall make a de novo determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule. The district judge may accept, reject, or modify the recommended decision, receive further evidence, or recommit the matter to the magistrate judge with instructions.

FED R. CIV. P. 72(b). *De novo* review in these circumstances requires at least a review of the evidence before the Magistrate Judge. *Hill v. Duriron Co.*, 656 F.2d 1208, 1215 (6th Cir. 1981). The Court has reviewed *de novo* the claims and evidence presented to the Magistrate Judge; the Report and Recommendation itself; and Plaintiff's objections. After its review, the Court finds that

the Magistrate Judge correctly concluded that Ms. Jarvis-Orr's federal constitutional claims against defendants fail to meet the *Williamson County* ripeness test and must be dismissed.

Plaintiff objects to the Report and Recommendation on many grounds but fails to address this fundamental point of the Report and Recommendation.

Accordingly, **IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (docket # 167) is **APPROVED AND ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Motions for Judgment on the pleadings filed by the defendants (docket ##60, 62) are **GRANTED**.

                                               /s/Robert J. Jonker
                                       ROBERT J. JONKER
                          UNITED STATES DISTRICT JUDGE

Dated: December 28, 2012